# UNITED STATES DISTRICT COURT
для the
District of South Dakota

**FILED**
JUN 0 3 2015
CLERK

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | |
| Nathanuel Walter Downs | ) | Case No. 4:15-CR-40070 |
| 1802 South St. Aubin | ) | |
| Sioux City, IA | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Nathanuel Walter Downs,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1591 and 1594(a) ATTEMPTED COMMERCIAL SEX TRAFFICKING

Date: June 2, 2015

*Issuing officer's signature*

City and state: Sioux Falls, SD

Debra Peterson, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/02/2015, and the person was arrested on *(date)* 6/3/2015
at *(city and state)* Sioux City, IA.

Date: 6/3/2015

*Arresting officer's signature*

Michael Ruskin HSI Special Agent
*Printed name and title*