UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
JUN 03 2015

CLERK

Veronica L. Duffy, United States Magistrate Judge, Presiding

Courtroom Deputy - CLG
Courtroom – SF #3

Court Reporter – FTR Ct#3
Date – 6/3/2015

CR. 15-40070

| United States of America, | Jeff Clapper |
|---|---|
| Plaintiff, | |
| vs. | |
| Nathanuel Walter Downs, | Tim Langley |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 4:00 pm

TIME:
4:05 p.m.   Enter initial appearance and arraignment on Indictment before the Honorable Veronica L. Duffy, US Magistrate Judge.

Defendant advised of his rights.
Defendant questioned by the court.

Defendant has received a copy of the Indictment. Reading of the charges held.
Defendant advised of maximum possible penalties.

Based on Defendant's financial affidavit, the Federal Public Defender was appointed to represent him.

Defendant pleaded not guilty to the Indictment.

US does not seek detention.

The court entered its Order Setting Conditions of Release.

Defendant advised of possible penalties for a violation of the release order.

4:20 p.m.   Court in recess.